**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Kelly Clark, Alan Swindoll, Courtney Swindoll and ALS Associates, Inc. v. Hastings Equity Partners, LLC, Axios Industrial Group, LLP and A & L Ultimate Holdings, LLC

Appellate case number:   01-20-00749-CV

Trial court case number:  2020-57652

Trial court:             164th District Court of Harris County, Texas

      Appellants, Kelly Clark, Alan Swindoll, Courtney Swindoll, and ALS Associates, Inc., have filed an unopposed motion to extend time to file a notice of appeal of the district court's November 2, 2020 temporary injunction order.  The motion for extension is **granted.**

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                    Acting individually

Date:  December 8, 2020